IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN LEONARD,

    Plaintiff,

  v.

CITY OF EAST PALO ALTO, EAST PALO ALTO POLICE DEPARTMENT, CHRIS ADAIR, and DOES 1 to 25,

    Defendants.

No. C 06-07480 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** the stipulation to continue the case management conference for thirty days. Trial counsel should be at the case management conference on March 15, 2007, at 11:00 a.m.

    **IT IS SO ORDERED.**

Dated: March 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE