IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN LEONARD,

    Plaintiff,

  v.

CITY OF EAST PALO ALTO, EAST PALO ALTO POLICE DEPARTMENT, CHRIS ADAIR, and DOES 1–25,

    Defendants.

No. C 06-07480 WHA

**ORDER GRANTING EXTENSION OF MEDIATION DEADLINE**

    The Court **GRANTS** the parties' request to extend the mediation deadline to **AUGUST 31, 2007**.

**IT IS SO ORDERED.**

Dated: June 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE